UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOSE LUIS CIRINO-MATOS,

                Plaintiff,          5:14-CV-0834
                                                 (GTS/DJS)
v.

CAROLYN W. COLVIN, Commissioner of
Social Security,

                Defendant.
_____

APPEARANCES:                                      OF COUNSEL:

OLINSKY LAW GROUP                       HOWARD D. OLINSKY, ESQ.
  Counsel for Plaintiff
300 South State Street, Suite 420
Syracuse, New York 13202

SOCIAL SECURITY ADMINISTRATION      JEREMY A. LINDEN, ESQ.
OFFICE OF REG'L GEN. COUNSEL–REGION II
  Counsel for Defendant
26 Federal Plaza, Room 3904
New York, New York 10278

GLENN T. SUDDABY, Chief United States District Judge

## DECISION and ORDER

      Currently before the Court, in this action for Social Security benefits filed by Jose Luis Cirino Matos ("Plaintiff") against Social Security Commissioner Carolyn W. Colvin ("Defendant" or "Commissioner") pursuant to 42 U.S.C. § 405(g), is the Report-Recommendation of United States Magistrate Judge Daniel J. Stewart dated March 15, 2016, recommending that the Commissioner's motion for judgment on the pleadings be granted, that the Commissioner's decision denying Social Security benefits be affirmed, and that Plaintiff's Complaint be dismissed. (Dkt. No. 18.) Objections to the Report-Recommendation have not

been filed, and the time period in which to do so has expired. (*See generally* Docket Sheet.) After carefully reviewing all of the papers herein, including Magistrate Judge Stewart's thorough Report-Recommendation, the Court can find no clear error in the Report-Recommendation: Magistrate Judge Stewart employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Report-Recommendation is accepted and adopted in its entirety; the Commissioner's motion for judgment on the pleadings is granted; the Commissioner's decision denying Social Security benefits is affirmed; and Plaintiff's Complaint is dismissed in its entirety.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Stewart's Report-Recommendation (Dkt. No. 18) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that the Commissioner's decision denying Social Security benefits is **AFFIRMED**; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** in its entirety; and it is further

**ORDERED** that the Clerk shall issue a Judgment for Defendant and close this action.

Dated: March 30, 2016
      Syracuse, New York

_____
HON. GLENN T. SUDDABY
Chief U.S. District Judge